Robert J. Marinko and Emma L. Marinko, Plaintiffs-Appellants, v. Lamoine D. Brown, d/b/a Brown Tractor Sales, and Lamoine D. Brown, as an Individual, Defendants-Appellees.

Gen. No. 64–36.

Fifth District.

October 15, 1964.

Durr & Durr, of Edwardsville, for appellants; Robert F. Smith, of Greenville, for appellees. Opinion by JUSTICE REYNOLDS. **Not to be published in full.**